UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jacquelyn White,

    Plaintiff,                        Case No. 09-14631

v.                                      Hon. Nancy G. Edmunds

Michigan Department of Human
Services,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion for summary judgment is GRANTED, and the case is hereby DISMISSED.

SO ORDERED.

                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated: February 13, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2012, by electronic and/or ordinary mail.

                                       s/Carol A. Hemeyer
                                       Case Manager